BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant AREVALO-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09- 838 MHP |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING DATE** |
| | ) | |
| vs. | ) | |
| | ) | |
| IVAN AREVALO-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The defendant's counsel was out of the office much of November and December 2009, and as a result the defendant could not be interviewed in time for the preparation of a timely presentence report.  As a result, the parties have agreed to have the sentencing in this matter continued until February 22, 2010 at 9:00 a.m..  The Probation Officer agrees that this date is an acceptable date for the sentencing.

IT IS SO STIPULATED.

1

1    Date: 01/06/2010                              _____/s/_____
                                                  Geoffrey A. Hansen
2                                                 Counsel for Defendant Hernandez

3    Date: 01/06/2010                              _____/s/_____
                                                  Daryl T. Eremin
4                                                 Assistant United States Attorney

5

6    **IT IS SO ORDERED**.   1/6/2010

7                                                 _____
                                                  Marilyn Hall Patel
8                                                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2