1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Chief Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant AREVALO-HERNANDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )  No. CR-09- 838 MHP
                                     )
12 |          Plaintiff,              )  STIPULATION TO CONTINUE
                                     )  SENTENCING
13 | vs.                              )
                                     )
14 | IVAN AREVALO-HERNANDEZ,         )
                                     )
15 |          Defendant.              )
   |_____)
16

17     Due to the defendant's counsel's absence, the Probation Officer was unable to complete

18 the probation interview of the defendant in a timely fashion, and although an amended report has

19 been prepared in this matter, the parties will need additional time to prepare for sentencing. As a

20 result, the defendant asks the Court to continue the sentencing in this matter from February 22,

21 2010 to March 15, 2010 at 9:00. The Probation Officer and the United States Attorney assigned

22 to this case do not oppose this request.

23     As a result, the parties stipulate that the sentencing in this matter be continued until

24 March 15, 2010.

25

26 //

Stipulation to Continue 09-838 MHP                1

| | | |
|---|---|---|
|1| Date:   02/12/2010 | _____/S/_____ |
|2| | Geoffrey A. Hansen |
| | | Counsel for Defendant Arevalo-Hernandez |
|3| | |
|4| Date:   02/12/2010 | _____/S/_____ |
| | | Patricia Spaletta |
|5| | Special Assistant United States Attorney |

**IT IS SO ORDERED**.

Date:   2/17/2010

IT IS SO ORDERED

*/s/ Marilyn H. Patel*
Judge Marilyn H. Patel
United States District Court
Northern District of California

Stipulation to Continue 09-838 MHP                            2